United States Court of Appeals

# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

July 04, 2020

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD 20770

     RE: 20-2351 Daniel Lee v. United States

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

               Michael E. Gans
               Clerk of Court

EDG

Enclosure(s)

cc:    Honorable Kristine G. Baker
      Mr. Michael S. Gordon
      Mr. Daniel Lewis Lee
      Mr. Jim McCormack
      Mr. Morris H. Moon
      Mr. John Michael Pellettieri
      Mr. Jonathan Dean Ross
      Ms. Shannon S. Smith

     District Court/Agency Case Number(s): 4:18-cv-00649-KGB

**Caption For Case Number:   20-2351**

Daniel Lewis Lee

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   20-2351**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Honorable Kristine G. Baker
U.S. POST OFFICE AND COURTHOUSE ANNEX
D444
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
P.O. Box 33
Terre Haute, IN  47808-0033

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Jonathan Dean Ross
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201