# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2351

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00649-KGB)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Federal Capital Habeas Unit is hereby appointed to represent the above named appellant in all matters pertaining to this action before this Court.

July 04, 2020

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans