# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Daniel Lewis Lee vs. United States

**The Clerk will enter my appearance as Counsel in Appeal No.** 20-2351 for the following party(s): (please specify)

United States of America

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: John M. Pellettieri     s/: John M. Pellettieri

Firm Name: Criminal Division, Appellate Section, U.S. Dept. of Justice

Business Address: 950 Penn. Ave., NW, Rm. 1258

City/State/Zip: Washington DC, 20530

Telephone Number (Area Code): 202-307-3766

Email Address: john.pellettieri@usdoj.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 7/10/2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: