# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

July 12, 2020

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

    RE:  20-2351  Daniel Lee v. United States

Dear Counsel:

    Enclosed is a copy of the dispositive order entered today in the referenced case.


    Michael E. Gans
    Clerk of Court

AMT

Enclosure(s)

cc:    Mr. Michael S. Gordon
        Mr. Daniel Lewis Lee
        Mr. Jim McCormack
        Mr. Morris H. Moon
        Mr. John Michael Pellettieri
        Mr. Jonathan Dean Ross
        Ms. Shannon S. Smith

    District Court/Agency Case Number(s):  4:18-cv-00649-KGB