# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2351

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00649-KGB)

_____

## MANDATE

In accordance with the amended judgment of 07/12/2020, and pursuant to the provisions

of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

July 14, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit